# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CMI ROADBUILDING, INC., and <br> CMI ROADBUILDING, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SPECSYS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    Case No. CIV-18-1245-G <br> ) <br> ) <br> ) <br> ) |

## ORDER

Plaintiffs CMI Roadbuilding, Inc. ("CMI Inc.") and CMI Roadbuilding, Ltd. ("CMI Ltd.") initiated this action on December 20, 2018, asserting claims against Defendant SpecSys, Inc. ("SpecSys") arising out of the parties' spoiled business relationship. *See* Compl. (Doc. No. 1); Am. Compl. (Doc. No. 78). CMI Ltd., the parent company of CMI Inc., is alleged to be the owner of certain confidential and proprietary information that is the subject of several claims advanced in the Amended Complaint. Am. Compl. ¶ 9.

As a result of the Court's summary-judgment rulings, the claims to which CMI Ltd. is a party—namely, misappropriation of trade secrets in violation of the Defend Trade Secrets Act and Oklahoma's Uniform Trade Secrets Act (Am. Compl. ¶¶ 171-81), related injunction claims (Am. Compl. ¶¶ 191-92), and conversion of certain intellectual property and engineering documents (Am. Compl. ¶¶ 182-86)—are not proceeding to trial. *See* Order of May 28, 2021 (Doc. No. 333) at 17-19, 25-32.

On or before Wednesday, June 23, 2021, at 11:59 p.m., the parties are DIRECTED to submit briefs to the Court addressing the propriety of CMI Ltd. proceeding to trial as a Plaintiff in this matter.

IT IS SO ORDERED this 18th day of June, 2021.

CHARLES B. GOODWIN
United States District Judge