# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CMI ROADBUILDING, INC., and CMI ROADBUILDING, LTD., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. CIV-18-1245-G |
| SPECSYS, INC., | ) ) ) |
| Defendant. | ) ) |

## ORDER

Now before the Court is Plaintiffs' Motion for the Court to Take Judicial Notice and Apply the Law of the Case Doctrine Regarding its Findings in the Case (Doc. No. 406). Defendant is DIRECTED to file a response to Plaintiffs' Motion on or before Wednesday, June 23, 2021, at 11:59 p.m.

IT IS SO ORDERED this 18th day of June, 2021.

*/s/ Charles B. Goodwin*
CHARLES B. GOODWIN
United States District Judge